### WILKINSON v. LEE.

GILBERT, J. The court did not abuse its discretion in awarding the custody of the child to the defendant. None of the assignments of error show cause for a reversal of the judgment. Compare *Lamar* v. *Harris*, 117 *Ga.* 993 (44 S. E. 866), and authorities cited therein.

*Judgment affirmed. All the Justices concur.*

No. 1622. APRIL 14, 1920.

Habeas corpus. Before Judge Smith. DeKalb superior court. August 1, 1919.

*King & Johnson,* for plaintiff.

*Hooper Alexander* and *L. B. Norton,* for defendant.